October 15, 2018

HAND-DELIVERED VIA CLERK'S OFFICE
Ms. Carmelita Reeder Shinn
Court Clerk
United States District Court for the Western District of Oklahoma
William J. Holloway, Jr. United States Courthouse, Room 1210
200 NW 4th Street
Oklahoma City, OK 73102



FILED

OCT 1 5 2018

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

Subject: *Page v. Democratic National Committee, Perkins Coie LLP, Marc Elias, and Michael Sussmann,* CM/ECF Filing Request

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in the subject case.

I have suffered significant abuses stemming directly from the torts committed by the Defendants in this case. Any decision by the Court to grant permission for this basic right which I have previously earned by fulfilling the mandatory requirements for ECF participation in another federal court jurisdiction would create a fairer playing field as I continue working to restore my rights which were violated by the Defendants. Although I am acting on my own in this *pro se* case, the large number of lawyers who will inevitably represent my adversaries have each been granted access to ECF as the Defendants are expected to use this streamlined system throughout these proceedings.

> "…implicit in the right to self-representation is an obligation . . . of the court to make reasonable allowances to protect pro se litigants from inadvertent forfeiture of important rights…" - *McLeod v. Jewish Guild for the Blind*, 864 F.3d 156–57 (2d Cir. 2017)

Of even greater direct significance, I have suffered domestic terrorism threats that arose in the wake of defamatory news reports that stemmed directly from torts committed by the Defendants. My ability to continue pursuing the restoration of my rights which have been sadistically trampled by the Defendants may be significantly impeded by any requirement to walk out in public on the streets, including future visits to the U.S. District Court for the Western District of Oklahoma, U.S. Post Office locations, etc. Your kind approval of ECF access would help to mitigate these risks.

Further exacerbating these death threats is the fact that the FBI has been slow to counteract this reign of terror despite multiple prior requests, thereby allowing the life-threatening security risks to continue. The potential underlying motivations and intents for this disregard have now become far more readily understandable following the release of an initial U.S. Department of Justice Inspector General report. This report has revealed political motivations by senior law enforcement officials at the Bureau aimed against Trump supporters,

unprecedented levels of bias, as well as associated violations of DOJ's media policy.[1] Additional related domestic terror threats have also stemmed directly from a similar misinformation campaign by the U.S. Senate Select Committee on Intelligence ("SSCI"), as demonstrated with the allegations found in the indictment of SSCI's Director of Security. [U.S.A. v James A. Wolfe, 1:18-cr-00170, D.D.C., June 7, 2018]. Approval of my ECF user request form today would allow me to significantly decrease my personal security risk by staying out of harm's way.

Furthermore, I affirm under penalty of perjury that:

1. I have reviewed Court Electronic Case Filing Rules & Instructions for other U.S. Federal Courts, and agree to abide by them.

2. I have successfully exceeded other ECF training requirements following my completion of the CM/ECF education sessions with the U.S. District Court for the Southern District of New York:

| Date | Location | ECF Training received | Presenter |
| --- | --- | --- | --- |
| Feb. 15, 2018 | Moynihan Courthouse | POC & Intro Class | Mr. Wayne Bowman |
| Oct. 11, 2017 | Marshall Courthouse | Attorney Civil Case Opening | Ms. Lourdes Aquino |

3. I have submitted a Non-Attorney E-File Registration for the PACER system, and my CM/ECF electronic filing registration has been processed.

4. I know how to convert a document to PDF-A format.

5. I have regular access to the technical requirements necessary to e-file successfully, including:

- a computer with internet access and a word processor

- an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- a scanner to convert documents that are only in paper format into electronic files

- a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed version of PDF reader and writer

---

[1] Office of the Inspector General, "A Review of Various Actions by the Federal Bureau of Investigation and Department of Justice in Advance of the 2016 Election," U.S. Department of Justice, June 2018. https://www.justice.gov/file/1071991/download

- a printer or copier to create required paper copies such as chambers copies.

Thank you in advance for your consideration of this potential life or death situation.

Very respectfully,

*[signature]*

Carter Page, Ph.D.