AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CIV-18-1019-HE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Democratic National Committee
was received by me on *(date)* 10/16/2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Becca Sharp, who is designated by law to accept service of process on behalf of *(name of organization)* Democratic National Committee on *(date)* 10/16/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/29/2018

*Server's signature*

Jessica Pina / Process Server
*Printed name and title*

1413 K St., NW 7th Fl.
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CIV-18-1019-HE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Perkins Coie, LLP, 1201 Third Ave, 39th Floor, Seattle, WA
was received by me on *(date)* 10/17/2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tina Thomas, as Conflicts Attorney, who is designated by law to accept service of process on behalf of *(name of organization)* Governing Entity of Perkins Coie I, P.C. & Lawco of Washington, Inc., Registered Agent on *(date)* 10/17/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 55.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 10/19/2019

*Server's signature*

Timofey A. Samoylenko-King County Reg. # 1317869
*Printed name and title*

Sting Ray Legal Services, Inc.,
2117 104th Avenue East, Unit R-301
Edgewood, WA 98372
*Server's address*

Additional information regarding attempted service, etc:
Served at address enumerated above.
Served at: 1:17pm
Description of person served: 40, black, female, 5'8", 195 pounds, and black hair

*****Also served Complaint with Jury Demand*****

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CIV-18-1019-HE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Perkins Coie LLP was received by me on *(date)* 10/16/2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* William Malley, who is designated by law to accept service of process on behalf of *(name of organization)* Perkins Coie LLP on *(date)* 10/16/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/29/2018

*Server's signature* (signed: Rachel Ware)

Rachel Ware / Process Server
*Printed name and title*

1413 K St., NW 7th Fl.
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc: