AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CIV-18-1019-HE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Marc Elias

was received by me on *(date)* 10/16/2018 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* 10/19/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served Marc Elias on 10-19-2018 by serving attorney and authorized agent Natalie Rao. Ms. Rao is an attorney from Latham & Watkins LLP who accepted on behalf of the defendant at the location of: 700 13th St., NW, Washington, DC 20005

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/29/2018

*Server's signature*

Harvey Jessup / Process Server
*Printed name and title*

1413 K St., NW 7th Fl.
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:



Same Day Process <info@samedayprocess.com>

## FW: 1 Summons for Perkins Coie LLP in Seattle
1 message

**Carter Page** <cpage@globalenergycap.com>  Fri, Oct 26, 2018 at 5:56 PM
To: SDPS <info@samedayprocess.com>

Gentlemen,

When I first spoke with you early last week regarding the 4 Summonses for the DNC, Perkins Coie LLP's DC office, Marc Elias and Michael Sussmann, someone from your team had mentioned that you would fill out the Court's official form in addition to those custom-SDPS affidavits that sent me earlier in the week. For example, please see attached – a sample for Perkins Coie LLP's that the NAPPS Member firm which helped me out in Washington State.

I realize that we are already near the close of business in DC today, but are those 4 one-pagers something that you could please email to me once you're back in the office on Monday? You can also find the 4 blanks in the 8 page Summons documents I sent you last week.

Thanks,
Carter

Carter Page, Ph.D.
Managing Partner
Global Natural Gas Ventures LLC
101 Park Ave, Suite 1300
Oklahoma City, OK 73102
Direct  +1-405-825-0172
Fax     +1-405-825-0177
Mobile  [redacted]
cpage@globalenergycap.com

📄 **PROOF OF SERVICE-PERKINS COIE, LLP.pdf**
492K