AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CIV-18-1019-HE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Michael Sussmann

was received by me on *(date)*  10/16/2018  .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)*  10/19/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served Michael Sussmann on 10-19-2018 by serving attorney and authorized agent Natalie Rao. Ms. Rao is an attorney from Latham & Watkins LLP who accepted on behalf of the defendant at the location of: 700 13th St., NW, Washington, DC 20005

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00  .

I declare under penalty of perjury that this information is true.

Date: 10/29/2018

*Server's signature*

Harvey Jessup / Process Server
*Printed name and title*

1413 K St., NW 7th Fl.
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Western District of Oklahoma

**Carter Page**

    Plaintiff(s),

vs.

**Democratic National Committee, et al**

    Defendant(s).

Attorney: NONE

Carter Page
Global Energy Capital, LLC, 590 Madison Ave, 21st Floor
New York NY 10022

*234369*

**Case Number: 5:18-cv-01019-HE**

Legal documents received by Same Day Process Service, Inc. on **10/16/2018** at **10:25 AM** to be served upon **Michael Sussmann at Perkins Coie, LLP, 700 13th St., NW, #600, Washington, DC 20005**

I, **Harvey Jessup**, swear and affirm that on **October 19, 2018** at **3:30 PM**, I did the following:

Served **Michael Sussmann** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** to **Natalie Rao** as **Attorney & Authorized Agent** of **Michael Sussmann** at **Perkins Coie, LLP, 700 13th St., NW, #600 , Washington, DC 20005**.

**Description of Person Accepting Service:**
Sex: Female Age: 35 Height: 5ft4in-5ft8in Weight: 100-130 lbs Skin Color: Caucasian Hair Color: Red

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Harvey Jessup
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: 234369



District of Columbia: SS
Subscribed and Sworn to before me this 24th day of October, 2018

_____
Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023



Same Day Process <info@samedayprocess.com>

## Service of Process
1 message

Sussmann, Michael A. (Perkins Coie) <MSussmann@perkinscoie.com>　　　　　　　Fri, Oct 19, 2018 at 2:50 PM
To: "info@samedayprocess.com" <info@samedayprocess.com>
Cc: "Natalie.Rao@lw.com" <Natalie.Rao@lw.com>

Dear Sir or Madam:

I understand that Carter Page seeks to serve me with the complaint in the matter of *Page v. Democratic National Committee et. al*, Civ. No 18-1019 (Oct. 15, 2018) (W.D. OK).  I am represented by Latham & Watkins in this matter.  I hereby authorize Natalie Rao of Latham & Watkins or Julia Mirsky of my firm to accept service on my behalf.

**Michael Sussmann**  |  **Perkins Coie** LLP

P: 202.654.6333

www.perkinscoie.com/msussmann

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.