### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARTER PAGE, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. CIV-18-1019-HE |
| | ) |
| DEMOCRATIC NATIONAL | ) |
| COMMITTEE, *et al.* | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the separate order entered this date, this case is dismissed.

**IT IS SO ORDERED.**

Dated this 31st day of January, 2019.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE