**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CARTER PAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CIV-18-1019-HE |
| | ) | |
| DEMOCRATIC NATIONAL | ) | |
| COMMITTEE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The court previously dismissed this action without prejudice, due to lack of personal jurisdiction.  Plaintiff moved to alter judgment and the court denied the motion.  Plaintiff has now filed a second motion to reconsider, advancing largely the same theory: that defendants knew that plaintiff had connections to Oklahoma, and could therefore reasonably be haled into an Oklahoma court.  The evidence presented is not significantly different from the evidence presented in previous filings and does not warrant alteration of the judgment.  The motion [Doc. # 37] is **DENIED.**

Defendants seek recovery of their fees and expenses incurred in responding to this second motion to reconsider.  In light of plaintiff's *pro se* status, the court declines to shift the referenced costs, but plaintiff is cautioned that further filings will have that result.

**IT IS SO ORDERED.**

Dated this 25th day of April, 2019.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE